# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 364 MAL 2014
:
                Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v. :
:
:
:
WILLIAM ROBERT WOODS, :
:
                Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.